## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Neal Muylaert,<br><br>    Plaintiff,<br><br>    v.<br><br>The Boeing Company Short Term Disability Plan, The Boeing Company Non-Union Long-Term Disability Plan, The Boeing Company, Aetna Life Insurance Company,<br><br>    Defendants. | Case No. 2:10-cv-02687-REJ<br><br><br>**J U D G M E N T** |

Based upon the record,

IT IS HEREBY ORDERED AND ADJUDGED this matter is dismissed with prejudice. Each party is responsible for their own costs and attorneys' fees.

DATED this 8th day of November, 2011.

 /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge